UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA WOODALL,

    Plaintiffs,

v.

WAYNE COUNTY, et al.,

    Defendants.

Case No. 17-cv-13707
Honorable Laurie J. Michelson

## NOTICE OF TELEPHONE CONFERENCE

On June 24, 2022 at 10:00 a.m., the Court will hold a telephone status conference in this matter.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (866) 434-5269. The system will then provide directions for joining the call; when asked for an access code, use 9819334. If possible, please refrain from participating in the conference on a cell phone.

Dated: June 17, 2022

                              s/Erica Parkin
                              Case Manager to
                              District Judge Laurie J. Michelson
                              (313) 234-5095