## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KATRINA WOODALL, KATANA
JOHNSTON, KELLY DAVIS, and
LATOYA HEARST,

      Plaintiffs,

-v-

COUNTY OF WAYNE, et al.,

      Defendants.

Case No. 2:17-cv-13707

Hon. Laurie J. Michelson

Mag. Judge Elizabeth A. Stafford

---

## APPEARANCE

**TO:   CLERK OF THE COURT**

**PLEASE ENTER THE APPEARANCE** of the law firm of **PLUNKETT COONEY,** by **AUDREY J. FORBUSH,** as attorneys for and on behalf of Defendants, County of Wayne Sheriff Department and Officer Terri Graham, in the above-entitled cause of action.

    Respectfully submitted,

    **PLUNKETT COONEY**

    *By /s/Audrey J. Forbush*
    AUDREY J. FORBUSH  (P41744)
    PLUNKETT COONEY
    Attorney for Defendant
    County of Genesee
    aforbush@plunkettcooney.com

Dated:  July 1, 2022

## NOTICE OF APPEARANCE

**TO:**  MICHAEL R. DEZSI (P64530)

**PLEASE TAKE NOTICE** that **AUDREY J. FORBUSH** and the Law Firm of **PLUNKETT COONEY,** hereby enter their Appearance as counsel for Defendants, County of Wayne Sheriff Department and Officer Terri Graham, in the above-entitled cause of action.

                                                  **PLUNKETT COONEY**

                                         **By /s/Audrey J. Forbush**
                                            AUDREY J. FORBUSH  (P41744)
                                            PLUNKETT COONEY
                                            Attorney for Defendant
                                            County of Genesee
                                            aforbush@plunkettcooney.com

Dated:  July 1, 2022

## PROOF OF SERVICE

The undersigned certifies that on July 1, 2022, a copy of the foregoing document was served upon parties of record in this matter at their stated address(es) as disclosed in the pleadings herein via:

- ☐ Hand delivery
- ☐ U.S. Mail
- ☐ Email
- ☐ Certified Mail
- ☐ Facsimile
- ☒ Electronic e-file

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

                              */s/ Bobbie Haidy*
                               Bobbie Haidy

Open.06002.22064.28878970-1