UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KATRINA WOODALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WAYNE COUNTY, et al., <br><br> Defendants. | Case No. 17-13707 <br> Honorable Laurie J. Michelson |

## NOTICE OF TELEPHONE CONFERENCE

On November 8, 2022 at 1:00 p.m., the Court will hold a telephone status conference in this matter.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (313) 261-7355. The system will then provide directions for joining the call; when asked for a Conference ID, use 291 887 011. If possible, please refrain from participating in the conference on a cell phone.

Dated: November 4, 2022

                                          s/Erica Parkin
                                          Case Manager to
                                          District Judge Laurie J. Michelson
                                          (313) 234-5095