UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA WOODALL, et al.,

    Plaintiffs,

v.

WAYNE COUNTY, et al.

    Defendants.

Case No. 17-13707
Honorable Laurie J. Michelson
Magistrate Judge Elizabeth A. Stafford

## AMENDED TRIAL SCHEDULING ORDER

Following rulings by this Court on dispositive motions and unsuccessful settlement conferences, this case is ready for trial. The Court enters the following amended schedule to manage the remaining pretrial and trial phases of the case:

| EVENT[1] | DEADLINE |
| --- | --- |
| Motions *in Limine* | January 30, 2023 |
| Responses to Motions *in Limine* | February 6, 2023 |
| Joint Proposed Final Pretrial Order (and pretrial submissions) (*See* § 11) [final pretrial order, joint jury instructions and verdict form, proposed voir dire, joint one-paragraph summary of the case] | February 13, 2023 |
| Final Pretrial Conference | February 24, 2023 at 10 a.m. |
| Jury Trial | **March 1, 2023 at 8:30 a.m.** |
| Estimated Length of Trial | 2 weeks (8:30 a.m. to 1:30 p.m.) |

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

The parties are directed to this Court's Case Management Requirements, and, in particular the pre-trial and trial requirements, found at ECF No. 132.

SO ORDERED.

Dated: November 18, 2022

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
UNITED STATES DISTRICT JUDGE