UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Katrina Woodall, et al.,

       Plaintiff(s),

v.              Case No. 2:17−cv−13707−LJM−EAS
               Hon. Laurie J. Michelson

County of Wayne, et al.,

       Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Elizabeth A. Stafford at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 642, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  February 27, 2023 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

             By: s/Marlena Williams
               Case Manager

Dated:   January 30, 2023