UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA WOODALL, et al.,

    Plaintiffs,

vs.

COUNTY OF WAYNE, et al.,

    Defendants.

Case No.: 17-cv-13707
Hon. Laurie J. Michelson
United States District Judge
Magistrate Judge Elizabeth Stafford

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

### TO WARDEN OF WOMEN'S HURON VALLEY CORRECTIONAL FACILITY, THE AGENCY OR PERSON HAVING CUSTODY OF
**LATOYA MCDONALD, MDOC I.D. No. 859151**
**KIMBERLY RICE, MDOC I.D. No. 796715**
**JEANETTE POINDEXTER, MDOC I.D. No. 947689**
**TONNIE JOHNSON MDOC I.D. No. 927932**

The above-named prisoners are witnesses in the above-entitled action. Their appearance is necessary in conjunction with proceedings scheduled in this Court. Now therefore,

**IT IS ORDERED** that a Writ of Habeas Corpus Ad Testificandum be issued forthwith commanding the above-named custodian to produce said prisoners in this Court, at Room 212, United States Courthouse, 231 W. Lafayette, Detroit, MI 48226 on **Friday, March 10, 2023 at 8:30 a.m.,** before the Honorable Laurie J. Michelson. **LATOYA MCDONALD, MDOC I.D. No. 859151; JEANETTE POINDEXTER, MDOC I.D. No. 947689; TONNIE JOHNSON MDOC I.D.

**No. 927932 and KIMBERLY RICE, MDOC I.D. No. 796715 shall** be returned to the prison location at the end of each day of trial, and then brought back the next day. **LATOYA MCDONALD, MDOC I.D. No. 859151; JEANETTE POINDEXTER, MDOC I.D. No. 947689; TONNIE JOHNSON MDOC I.D. No. 927932 and KIMBERLY RICE, MDOC I.D. No. 796715** must remain in the continuous custody of the MDOC from 03/10/2023, until they complete their appearance, at which time they shall be returned to the custodian named above.

**IT IS ORDERED.**

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: January 31, 2023

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

### TO WARDEN OF WOMEN'S HURON VALLEY CORRECTIONAL FACILITY, THE AGENCY OR PERSON HAVING CUSTODY OF LATOYA MCDONALD, MDOC I.D. No. 859151 KIMBERLY RICE, MDOC I.D. No. 796715 JEANETTE POINDEXTER, MDOC I.D. No. 947689 TONNIE JOHNSON MDOC I.D. No. 927932

Pursuant to the above Order, you are directed to have and **produce LATOYA MCDONALD, MDOC I.D. No. 859151; JEANETTE POINDEXTER, MDOC I.D. No. 947689; TONNIE JOHNSON MDOC I.D. No. 927932 and KIMBERLY RICE, MDOC I.D. No. 796715** before the United States District Court at the place, dates and hours indicated so that they may appear in this case. The above named prisoners will be needed on March 10, 2023 at 8:30 a.m.

**LATOYA MCDONALD, MDOC I.D. No. 859151; JEANETTE POINDEXTER, MDOC I.D. No. 947689; TONNIE JOHNSON MDOC I.D. No. 927932 and KIMBERLY RICE, MDOC I.D. No. 796715** must remain in the continuous custody of the MDOC until they complete their appearances; at which time they will be returned to your custody.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Erica Parkin
DEPUTY COURT CLERK

Dated: January 31, 2023