UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA WOODALL, KATANA JOHNSTON, KELLY DAVIS, and LATOYA HEARST,

Plaintiffs,

Case No. 2:17-cv-13707
Hon. Laurie J. Michelson
Mag. Judge Elizabeth A. Stafford

-v-

COUNTY OF WAYNE, et al.,

Defendants.

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice and without attorney fees or costs to any party.

*/s/ Michael R. Dezsi (w/consent)*
MICHAEL R. DEZSI (P64530)
Attorney for Plaintiffs
(313) 757-8112
mdezsi@dezsilaw.com

*/s/ Audrey J. Forbush*
AUDREY J. FORBUSH (P41744)
Attorney for Defendants
(810) 342-7014
aforbush@plunkettcooney.com

Dated: April 26, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA WOODALL, KATANA
JOHNSTON, KELLY DAVIS, and
LATOYA HEARST,

      Plaintiffs,

-v-

COUNTY OF WAYNE, et al.,

      Defendants.

Case No. 2:17-cv-13707
Hon. Laurie J. Michelson
Mag. Judge Elizabeth A. Stafford

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation between Plaintiffs and Defendants, through their respective counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

**This is a Final Order that closes this case.**

Dated: April 27, 2023

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE